IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALABMA
THE COUNTY OF MONTGOMERY

ANGELA DENISE NAILS,

        Plaintiff,    Case No 1:06-CV-820-MEF

Vs

CAMBRIDGE INSURANCE COMPANY,

        Defendant,

ALABMA WORKER COMPANSATION CLAIM

The case follows under the Jurisdiction Actitcel III Section 2a Constitutional law. Subject matter question controversy of $20,000.00. The defendant is incorporated in the state of Alabama insurance company for Manpower Temporary Services Dothan, Alabama 36301. Cambridge Insurance liability insurance company for worker compensation for Man power Temporary Services. The event occurred on March 1, 2005 when the plaintiff fail on a temporary job Manpower Temporary place the plaintiff at to work for Movie Gallery. The plaintiff fail while working for Movie Gallery while plaintiff was sitting in a chair the chair rolled over and the plaintiff fail out of the chair and the chair

entangled the plaintiff in the chair. The plaintiff was reaching for a plug that was under a long metal roller assembly. The plaintiff was reaching for the plug because it was the end of the shift and the plaintiff was cleaning up the plaintiff work area. The plug was to low and under neath a assembly roller that was located in a dangerest place. The complaint is not with the exception the plaintiff is disabled from fall the diagnoses Meralgia Paresthetica which is a disease of the lateral Femoral Cutaneous nerve. Dr. Hannson who is the Doctor who is treating the plaintiff because of the fatal fall at Movie Gallery. There is leg discomfort on the left side of the plaintiff hip and leg. The plaintiff has bilateral symptoms of Meralgia Paresthetica. Meralgia Paresthetica causes tingling, nombness, burning, itching that are not triggered by obvious cutaneous physical stimulation, Meralgia Paresthetra causes pain stimuli, buring, tingling. Inchiess). The discomfort may resolve spontaneously and reappear. Discomfort over the anterolateral thigh is a cause of pain. Physical Therapy would be a good treatment the plaintiff has had Physical Therapy with no results of improvement. Other treatments are injection of lidocaine to block the symptoms, this injection only is temporary relief. The plaintiff has done some modifying to the plaintiff activities to avoid trying surgery in the further. Meralgia Paresthetica

7%- 35% of patients have leg discomfort and thigh discomfort. Injuries such as Auto Accident's will cause Meralgia Paresthtica, if a Auto Accident can cause pressure to the thigh and the leg then something such as a high fall from a chair with roller at the bottom of the chair and falls to a concert slab from the chair landing on the left hip and left thigh the individual will become bursed and in pain, the pain may go away and may not ever go away. The plaintiff injuries are pramenant and prissiest, and have prissiest since the date of the fall/injury March 1, 2005. The plaintiff was an employee of Manpower Temporary Services Dothan, Alabama when the plaintiff fail on the assignment at Movie Gallery which is in Dothan, Alabama. The procedure for cleaning up is 15 minutes before the eight hour shift all employee are to stop working and clean of all the Movie DVD and VHS and place them back in the box the DVD and VHS were taken from, also to unplug a hot plate that removes labels from the outside of the DVD and VHS Tapes cases. The plaintiff was reaching for the cord that was pugled under neath a roller assembly line that was about 4 to 5 inches from the concert floor when the plaintiff reached for the cord and had reach the top of the plug the plaintiff rolled out of the chair the plaintiff was sitting in and slammed down onto the concert floor taggling the plaintiff chair and desk with a

book shelve. The plaintiff has damages from the injury and medical bills, transportation cost, ect. and wages that have never been paid since March 1, 2005 when the fall occurred at Movie Gallery. State legislature of the code of Alabama Section 654(1) (2) Duties of employers and employees. The plaintiff is seeking damages of Compensation Civil Rule of Procedure 631 to End-Rules and Section 25-5-51 State legislature Code of Alabama. The plaintiff is seeking damages under Section 25-5-31 State legislature Code of Alabama Right of action for damages for injuries or death of employee. The plaintiff is seeking damages under Section 25-5-8 Employer's options to secure payment of Compensation State legislature Code of Alabama. The plaintiff is seeking damages under State legislature Code of Alabama Section 25-5-11 Parties jointly liable. The plaintiff is seeking damages under Section 25-5-14 Injured employee against employer State legislature Code of Alabama. The plaintiff is seeking damages under Section 25-5-76 Liability of joint employers State legislature Code of Alabama. The plaintiff is seeking damages under the Federal Law Worker Compensation claim against an employer. The plaintiff Prays that both the plaintiff and the defendant will settle the complaint and if the defendant fails to acknowledge the damages the plaintiff is asking the court to find for the plaintiff in the plaintiff

*civil law suite case. The mailing address to mail the complaint is to Attorney Ben Pugh 100 Vestavia Parkway Birmingham, Alabama 35216.*

X *Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE