IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,

                                       Case Number 06cv820-MEF

CAMBRIDGE INSURANCE COMPANY,

    Defendant,

JURISDICTION OF COMPLAINT

The plaintiff is answering the complaint of jurisdiction. Federal Law having jurisdiction over the complaint. Federal Rule 8 Civil Procedure.

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE