IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:06-cv-820-MEF |
| ) | |
| CAMBRIDGE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Jurisdiction of Complaint (Doc. #5) filed on September 26, 2006, which the court construes as a motion for reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE